# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Tank Connection, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Olander Contracting, Co., and Western Surety Company, a South Dakota Insurance Company, | ) ) ) | |
| | ) | Case No. 1:15-cv-038 |
| Defendants. | ) | |

Before the court is a motion for attorney Ross A. Hollander to appear *pro hac vice* on defendants behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Ross A. Hollander has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 6) is **GRANTED**. Attorney Ross A. Hollander is admitted to practice before this court in the above-entitled action on behalf of defendants.

**IT IS SO ORDERED.**

Dated this 24th day of April, 2015.

>*/s/ Charles S. Miller, Jr.*
>Charles S. Miller, Jr.
>United States Magistrate Judge