# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Tank Connection, LLC, ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Olander Contracting Co., and Western ) | |
| Surety Company, a South Dakota ) | |
| Insurance Company, ) | |
| ) | Case No. 1:15-cv-038 |
| Defendants. ) | |

The court has been advised of a scrivener's error in the motion for leave to proceed *pro hac vice* filed on April 23, 2015, and that Attorney Ross A. Hollander is seeking leave to appear *pro hac vice* on plaintiff's and not on defendants' behalf. Accordingly, the court **VACATES** its order of March 24, 2015, and **GRANTS** Ross A. Hollander leave to appear *pro hac vice* on plaintiff's behalf. Attorney Ross A. Hollander is admitted to practice before this court in the above-entitled action plaintiffs' behalf in accordance with D.N.D. Gen. L.R. 1.3(D).

**IT IS SO ORDERED.**

Dated this 28th day of April, 2015.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr.
>  United States Magistrate Judge