# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Tank Connection, LLC, ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Orlander Contracting Co., and Western ) | |
| Surety Company, a South Dakota Insurance ) | |
| Company, ) | |
| ) | Case No. 1:15-cv-038 |
| Defendants. ) | |

Before the court is a motion for attorney Holly M. Perkins to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Holly M. Perkins has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 14) is **GRANTED**. Attorney Holly M. Perkins is admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 28th day of May, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge