# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Tank Connection, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Olander Contracting, Co., and Western Surety Company, a South Dakota Insurance Company, | ) ) ) | Case No. 1:15-cv-038 |
| | ) | |
| Defendants. | ) | |

The court held a status conference in above-entitled action by telephone on October 23, 2015. Attorneys Matthew Collins and Peter Doely appeared on defendants' behalf. Attorney Randall Bakke appeared on plaintiff's behalf.

For the reasons articulated during the status conference, the court shall require the principals to meet and confer, either in person or by telephone, within 45 days from the date of this order to discuss a possible resolution of this matter. The court shall leave it up to the principals to decide whether or not their respective counsel will participate in this meeting.

**IT IS SO ORDERED.**

Dated this 23rd day of October, 2015.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court