# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Tank Connection, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Olander Contracting, Co., and Western Surety Company, a South Dakota Insurance Company, | ) ) ) | Case No. 1:15-cv-038 |
| | ) | |
| Defendants. | ) | |

The court held a status conference with the parties in the above-entitled action on September 9, 2016. Pursuant to its discussion with the parties, the court modifies the pretrial deadlines as follows:

1. The parties shall have until December 1, 2016, to complete fact discovery and to file discovery motions

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. The deadline for the plaintiff to disclose expert witnesses and the substance and factual basis of those expert opinions including expert reports, if any, is December 15, 2016;

    b. The deadline for the defendants to disclose expert witnesses and the substance and factual basis of those expert opinions including expert reports, if any, is January 20, 2017.

3. The parties shall have until February 15, 2017, to complete discovery depositions of

expert witnesses.

The trial set for March 7, 2017, shall be rescheduled for March 13, 2017, at 1:30 p.m. in Bismarck before Judge Hovland (5) days.  The final pretrial conference set for February 21, 2017, shall be rescheduled for February 27, 2017, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated this 13th day of September, 2016.

<u>*/s/ Charles S. Miller, Jr.*</u>
Charles S. Miller, Jr., Magistrate Judge
United States District Court