# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tank Connection, LLC, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Olander Contracting, Co., and Western Surety Company, a South Dakota Insurance Company, | ) Case No. 1:15-cv-038 |
| Defendants. | ) |

On October 31, 2016, the parties filed a "Stipulation to Stay Proceedings." The court **ADOPTS** the parties' stipulation (Docket No. 45). The above-entitled action shall be stayed pending further order of the court.

**IT IS SO ORDERED.**

Dated this 1st day of November, 2016.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court