# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tank Connection, LLC, | ) |
|       Plaintiff, | ) **ORDER** |
| vs. | ) |
| Olander Contracting, Co., and Western Surety Company, a South Dakota Insurance Company, | ) Case No. 1:15-cv-038 |
|       Defendants. | ) |

On November 1, 2016, the court adopted the parties' stipulation to stay proceedings. The final pretrial conference set for February 27, 2017, and the trial set for March 13, 2017, are cancelled. Both shall be rescheduled as necessary at a later date and time. In the interim, the parties shall submit a report by March 31, 2017, updating the court of the status of this action.

**IT IS SO ORDERED.**

Dated this 10th day of February, 2017.

                                                      */s/ Charles S. Miller, Jr.*
                                                      Charles S. Miller, Jr., Magistrate Judge
                                                      United States District Court